CLAUDIUS V. B. BARSE and others, *Respondents, v.* THOMAS KELLY, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements. Opinion by HARDIN, J.

JOHN JONES, *as Administrator, etc., Respondent, v.* THE UTICA AND BLACK RIVER RAILROAD COMPANY, *Appellant.* — Judgment and order reversed and new trial ordered, costs to abide event Opinion by BARKER, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondents, v.* AUSTIN PERSONS, *Appellant.* — Judgment and conviction reversed, and new trial ordered in the Ontario County Sessions. Opinion by HARDIN, J.

OWEN D. PHELPS, *Respondent, v.* ELLA S. DAVIS, *as Executrix, etc., Appellant.* — Order modified by allowing defense of statute of limitations to be interposed on complying with terms of the order as to costs, otherwise order affirmed, with ten dollars costs and disbursements.

IN THE MATTER OF WILL OF TIMOTHY CLARK, *Deceased.* — Decree of surrogate reversed and the question whether the execution of the will was procured by undue influence ordered to be tried by a jury at a Circuit Court in the county of Genesee. The costs of this appeal to abide the event of a new trial. Opinion by SMITH, P. J.

THE TOWN OF WHEATLAND and others, *Plaintiffs, v.* HENRY A. TAYLOR and others, *Defendants.* — New trial denied and judgment ordered for defendant on the verdict. Opinion by HARDIN, J.

HENRY RICE, *Respondent, v.* THOMAS CANNAN, *Appellant.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by HARDIN, J.

CHARLES S. GRIFFIN, *Respondent, v.* CORNELIA C. GRAY and DAVID GRAY, *Appellants.* — Judgment affirmed on the opinion of Mr. Justice MERWIN, at Special Term, with costs to the respondents.

LESTER B. FAULKNER, *Respondent, v.* ANDREW McCURDY, *Appellant.* — In case plaintiff stipulates to strike out the damages allowed, the judgment so modified is affirmed, with costs. If plaintiff does not so stipulate, the judgment is reversed as to damages and affirmed in all other respects, and a new trial is granted as to the amount of damages only ; and in case a new trial is had, if the amount of damages is reduced upon such new trial, the costs of this appeal shall be paid by the plaintiff, otherwise by the defendant. Opinion by SMITH, P. J.

ANDREW HOLLING and another, *Respondents, v.* LATHROP S. SPRAGUE, *Appellant, Impleaded, etc.* — Judgment reversed and new trial ordered in the Wayne County Court, costs to abide event. Opinion by HARDIN, J.

ROBERT BAKER, *Respondent, v.* JOHN McLAUGHLIN, *Appellant.* — Judgment affirmed, with costs. Opinion by SMITH, P. J.